ROLAND E. RODRIGUEZ, as Administrator, etc., of ANNA M. RODRIGUEZ, Deceased, Respondent, v. AUSTIN L. RODRIGUEZ, Appellant.— Motion for stay granted. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

OSWALD CLEMENS, Respondent, v. THE CITY OF NEW YORK, Defendant, Impleaded with NEPTUNE B. SMYTH, Appellant.— Order denying appellant's motion to dismiss the complaint for lack of prosecution reversed on the law and the facts, with ten dollars costs and disbursements, and motion granted, without costs. We think the record discloses inexcusable neglect on the part of the plaintiff in prosecuting the action. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

MARVIN G. CONNALLY, Appellant, v. RICHARD T. GREENE, Respondent.— Orders denying plaintiff's motion for a bill of particulars affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

LOUIS M. CONNOR, Respondent, v. YELLOW DRIVE-IT-YOURSELF SYSTEM, INC., Appellant.— Order granting injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

NAFTALE KROMPENHOLZ, Appellant, v. NEW AMSTERDAM CASUALTY COMPANY, Respondent.— Order denying plaintiff's motion for judgment on the pleadings affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOSEPH LEVINE, Plaintiff, and ISIDORE SHKOLNIK, Appellant, Copartners, etc., v. FANNIE LASSINSKY and Others, Defendants, Impleaded with MORRIS LASSINSKY and Another, Respondents.— Order denying plaintiffs' motion to vacate a judgment affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

JOHN O'NEILL, as Administrator, etc., of JAMES O'NEILL, Deceased, Respondent, v. HUDSON RIVER DAY LINE, INC., Appellant.— Order denying defendant's motion to require plaintiff to furnish a bill of particulars modified so as to require plaintiff to comply with the first item of defendant's demand, and as so modified affirmed, without costs. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

ANTONIO OROFINO, Doing Business under the Firm Name, etc., Respondent, v. MARIA AMALIA LAURIA, Appellant.— Order denying defendant's motion for leave to renew a motion to open a default affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.

PAUCHOGUE LAND CORPORATION, Respondent, v. LONG ISLAND STATE PARK COMMISSION and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Manning, Young and Kapper, JJ., concur.